CSD 1100 [09/26/06]JCC adapted 100912 GW 3379
Name, Address, Telephone No. & I.D. No.

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

BANKRUPTCY NO.

Debtor.

## AMENDMENT

Presented herewith are the original and one conformed copy of the following [Check one or more boxes as appropriate]:

[ ]  Petition
[ ]  Exhibit A to Voluntary Petition
[ ]  Exhibit C to Voluntary Petition
[ ]  Exhibit D - Individual Statement of Compliance with Credit Counseling
[ ]  Summary of Schedules
[ ]  Statistical Summary of Certain Liabilities and Related Data
[ ]  Schedule A & B - Schedule of Real or Personal Property
[ ]  Schedule C - Schedule of Property Claimed Exempt
[ ]  Schedule D, E, or F, and/or Matrix, and/or list of Creditors or Equity Holders - REQUIRES COMPLIANCE WITH LOCAL RULE 1009
    [ ]  Adding or deleting creditors (diskette required), changing amounts owed or classification of debt - $26.00 fee required.  See instructions on reverse side.
    [ ]  Correcting or deleting other information.  See instructions on reverse side.
[ ]  Schedule G - Schedule of Executory Contracts & Expired Leases
[ ]  Schedule H - Schedule of Co-Debtor
[ ]  Schedule I - Current Income of Individual Debtor(s)
[ ]  Schedule J - Current Expenditure of Individual Debtor(s)
[ ]  Statement of Financial Affairs
[ ]  Statement of Current Monthly Income and Means Test Calculation (Form B22A)
[ ]  Statement of Current Monthly Income (Form B22B)
[ ]  Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income (Form B22C)

Dated: _____        Signature _____
                                                                                  Attorney for Debtor

### DECLARATION OF DEBTOR

I [We] _____ and _____, the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment attached hereto, consisting of _____ pages, and on the creditor matrix diskette, if any, is true and correct to the best of my [our] information and belief.

Dated: _____   /s/ _____        /s/ _____
                                      Debtor                                       Joint Debtor

CSD 1100                                              **REFER TO INSTRUCTIONS ON REVERSE SIDE**

## INSTRUCTIONS

A. Each amended page is to be in the same form as the original but is to contain ONLY THE INFORMATION TO BE CHANGED OR ADDED. Pages from the original document which are not affected by the change are not to be attached.
  1. Before each entry, specify the purpose of the amendment by inserting:
      a. "ADDED," if the information was missing from the previous document filed; or
      b. "CORRECTED," if the information modifies previously listed information; or
      c. "DELETED," if previously listed information is to be removed.
  2. At the bottom of each page, insert the word "AMENDED."
  3. Attach all pages to the cover page and, *if a Chapter 7, 11, or 12 case*, serve a copy on the United States Trustee, trustee (if any) and/or the members of a creditors' committee. *If a Chapter 13 case*, serve a copy on the trustee; DO NOT serve a copy on the United States Trustee.
B. Comply with Local Bankruptcy Rule 1009 when adding or correcting the names and/or addresses of creditors (diskette required when Amendment submitted on paper) or if altering the status or amount of a claim.

**AMENDMENTS THAT FAIL TO FOLLOW THESE INSTRUCTIONS MAY BE REFUSED**
**\*\* AMENDMENTS FILED AFTER THE CASE IS CLOSED ARE NOT ENTITLED TO A REFUND OF FEES \*\***

## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on ____ day of _____, I served a true copy of the within AMENDMENT by [describe here mode of service]

on the following persons [set forth name and address of each person served] and/or as checked below:

[ ]  Chpt. 7 Trustee:


[ ] For Chpt. 7, 11, & 12 cases:

UNITED STATES TRUSTEE
Department of Justice
402 West Broadway, Suite 600
San Diego, CA 92101

[ ] For ODD numbered Chapter 13 cases:

THOMAS H. BILLINGSLEA, JR., TRUSTEE
530 "B" Street, Suite. 1500
San Diego, CA 92101

[ ] For EVEN numbered Chapter 13 cases:

DAVID L. SKELTON, TRUSTEE
525 "B" Street, Suite 1430
San Diego, CA 92101-4507

I certify under penalty of perjury that the foregoing is true and correct.

Executed on _____        _____
              (Date)                       (Typed Name and Signature)

                                     _____
                                              (Address)

                                     _____
                                         (City, State, ZIP Code)

CSD 1100

B6B (Official Form 6B) (12/07)

AMENDED

In re   Daniel Cruz & Elaine Helen Gilbert                              Case No.  11-07112-MM7
                    **Debtor**                                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See. 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | US Bank - Checking & Savings<br>Chase Bank - Checking<br>Wells Fargo - Checking<br>US Bank - Checking | J<br>J<br>J<br>W | 550.00<br>500.00<br>50.00<br>50.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Household Goods | J | 400.00 |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | Wearing Apparel | J | 100.00 |
| 7.  Furs and jewelry. | | Miscellaneous Jewelry | J | 1,000.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | | Term Life Insurance<br>Policies through debtor's employer - no cash value. | J | 1.00 |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | 401k - One American<br>Debtor's employer - health care provider. | H | 81,894.25 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30673-301X-06310

*Amended*

In re  Daniel Cruz & Elaine Helen Gilbert        Case No.  11-07112-MM7
                  **Debtor**                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 403b - Fidelity<br>Debtor's employer - heath care provider. | H | 57,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | | Income Tax Return Proceeds - 2010<br>Owe a total of approximately $1,700. | J | 0.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | | Civil complaint for monies against Pacific Law Center<br>No satisfaction for legal fees paid 7/2010. Have not undertaken collection.<br><br>Workers Compensation Claim<br>Mitchell & Shea pursuing WC claim against FSS Alutiq JV for wage loss & disability (from 9/2009) - 619-702-6517 & 619-407-6232 - attempting settlement/permanant disability. | J<br><br><br>J | 2,100.00<br><br><br>25,000.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30673-301X-06310

AMENDED

In re  Daniel Cruz & Elaine Helen Gilbert  Case No. 11-07112-MM7
       **Debtor**                                    **(If known)**

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2002 Nissan Altima 3.5 SE Sedan 4D<br>1996 Nissan Truck Regular Cab<br>176,000 miles | J<br>J | 5,100.00<br>425.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | 2 Dogs | J | 100.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | AMENDED - Unknown Property Wherever Located-Debtor can exempt "UP TO 7,999." | J | 7,999.00 |

_____0_____ continuation sheets attached    Total   $   182,269.25

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (04/10)

AMENDED

In re   Daniel Cruz & Elaine Helen Gilbert                               Case No.   11-07112-MM7
        **Debtor**                                                                      **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐  11 U.S.C. § 522(b)(2)                    ☐ Check if debtor claims a homestead exemption that exceeds $146,450*.
☑  11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Res. Property @ 3774 Lindbergh St., San Diego, CA 92154 | C.C.P. 703.140(b)(1) | 1.00 | 345,000.00 |
| US Bank - Checking & Savings | C.C.P. 703.140(b)(5) | 550.00 | 550.00 |
| Chase Bank - Checking | C.C.P. 703.140(b)(5) | 500.00 | 500.00 |
| Wells Fargo - Checking | C.C.P. 703.140(b)(5) | 50.00 | 50.00 |
| Household Goods | C.C.P. 703.140(b)(3) | 400.00 | 400.00 |
| Wearing Apparel | C.C.P. 703.140(b)(3) | 100.00 | 100.00 |
| Miscellaneous Jewelry | C.C.P. 703.140(b)(4) | 1,000.00 | 1,000.00 |
| 2002 Nissan Altima 3.5 SE Sedan 4D | C.C.P. 703.140(b)(2)<br>C.C.P. 703.140(b)(5) | 3,525.00<br>1,575.00 | 5,100.00 |
| 1996 Nissan Truck Regular Cab | C.C.P. 703.140(b)(5) | 425.00 | 425.00 |
| 2 Dogs | C.C.P. 703.140(b)(3) | 100.00 | 100.00 |
| AMENDED - Unknown Property Wherever Located-Debtor can exempt "UP TO 7,999." | C.C.P. 703.140(b)(5) | 7,999.00 | 7,999.00 |
| US Bank - Checking | C.C.P. 703.140(b)(5) | 50.00 | 50.00 |
| Term Life Insurance | C.C.P. 703.140(b)(7) | 1.00 | 1.00 |
| 401k - One American | C.C.P. 703.140(b)(10)(E) | 81,894.25 | 81,894.25 |
| 403b - Fidelity | C.C.P. 703.140(b)(10)(E) | 57,000.00 | 57,000.00 |
| Civil complaint for monies against Pacific Law Center | C.C.P. 703.140(b)(5) | 2,100.00 | 2,100.00 |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**B6C (Official Form 6C) (04/10) -- Cont.**

**In re**  Daniel Cruz & Elaine Helen Gilbert  **Case No.**  11-07112-MM7
   **Debtor**                                          **(If known)**

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Page)

AMENDED

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Workers Compensation Claim 100% of proceeds necessary for support of debtor AMENDED | C.C.P. 703.140(b)(5) C.C.P. 703.140(b)(11)(E) | 10,000.00 25,000.00 | 25,000.00 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 30673-301X-06310